# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 8:23mj17 |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

This criminal complaint is based on these facts:

❏ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me via reliable electronic means, that is by telephone, was placed under oath, and attested to to the contents of the attached Affidavit in accordance with the requirements of Fed. R.Crim. P.4.1.

Date: _____

*[signed] Jacqueline Austin*
*Judge's signature*

City and state: _____ _____
*Printed name and title*