RECORD OF GRAND JURY BALLOT

C/R  8:23-427

UNITED STATES OF AMERICA v. BERNANDINO DE JESUS RAMIREZ RAMIREZ,
a/k/a "Carlos Mendoza"

(SEALED UNTIL FURTHER ORDER OF THE COURT)