April 5, 2023 Translation of Text Message From Bernardino de Jesus Ramirez Ramirez (suspect) to Minor Victim's Mother

Suspect

- Ronaldo was calling me
- You
- Have to work on [MV] so that she doesn't give the address of the house to Ronaldo