WhatsApp Audio Messages From Defendant to Minor Victim's Mother

April 6, 2023

- PTT-20230406-WA0026.OPUS – *They have me captured you, they came for the girl but tell her not to come out.*
- PTT-20230406-WA0027.OPUS – *Tell [MV] not to come out*