Conversation between Ronaldo Perez (Uncle) and Bernardino de Jesus Ramirez Ramirez (suspect)

11/17/22

Suspect

- 11/17/22 Hello good afternoon
- 11/17/22 Your sister in law give you the number
- 11/17/22 Stay alert to the call

Uncle

- 11/17/22 Oh it's ok
- 11/17/22 What state they calling from

Suspect

- 11/17/22 Wesport Virginia
- 11/19/22 Have they call you from Casa Hogar (shelter)

Uncle

- 11/19/22 Well truly no

Suspect

- 11/19/22 They will call you Monday
- 11/19/22 If they ask if she will study (go to school) tell them yes
- 11/19/22 I will go there and get her

Uncle

- 11/19/22 Ok its's ok
- 11/19/22 Where are you from?

Suspect

- 11/19/22 From Los Vados
- 11/19/22 I am
- 11/19/22 I talked with [MV's] mom today and she said that they will call on Monday
- 11/20/22 Send me the address where you live to see how many hours away I am

Uncle

- 11/20/22 Oh yes it's ok
- 11/20/22 I will send it later on

Suspect

- 11/20/22 Go thank you

Uncle

- 11/21/22 808 James St Newberry Sc

Suspect

- 11/21/22 What's the zip code
- 11/21/22 Of the house
- 11/21/22 I need
- 11/21/22 Share your location of your house it's better and faster to locate the house where you live at

Uncle

- 11/21/22 808 James street newberry, South Carolina 29108

Suspect

- 11/21/22 Thank you

Uncle

- Mmhmm

Suspect

- 11/23/22 The casa hogar (shelter) it's calling you
- 11/23/22 Answer

Uncle

- 11/30/22 They are asking for the school name where [MV] is going to study
- 11/30/22 And the health center (doctor) for the medical check

Suspect

- 11/30/22 Did you tell casa hogar (shelter)
- 11/30/22 Tha she is coming over here
- 11/30/22 Well

Uncle

- 11/30/22 No
- 11/30/22 That's how they are asking me

Suspect

- 11/30/22 Look for a school over there
- 11/30/22 Where yo can tell them she will study
- 11/30/22 And a health center (doctor)
- 11/30/22 Only so they can deliver her to you
- 11/30/22 Only a name of a school

- 11/30/22 Tell them
- 11/30/22 Tale the name and address of the school
- 11/30/22 And give them to them
- 11/30/22 Tell me before you send it to her and I will come for her
- 11/30/22 Where you live are there any schools close by

Uncle

- 11/30/22 They are telling me that they will call every eight day when [MV] comes here with me
- 11/30/22 For two months
- 11/30/22 They told me that too

Suspect

- 11/30/22 So they are not going to deliver her now
- 11/30/22 A social worker will visit you every eight days
- 11/30/22 Do everything right now to get her

Uncle

- 11/30/22 Yes until I give everything they are asking for they will deliver her to me

Suspect

- 11/30/22 Look for a school there

Uncle

- 11/30/22 No they said it will be a video call

Suspect

- 11/30/22 Ok
- 11/30/22 You don't worry
- 11/30/22 Do everything to get her out
- 11/30/22 I will pay you
- 11/30/22 For all the trips you are going to do
- 11/30/22 Only look for a name of a school and a name of a health center that is close by and ask if they check students from the school and take the address and pass it onto the casa hogar (shelter)
- 11/30/22 If you look for the school they will deliver faster
- 11/30/22 Her
- 11/30/22 Because the ones that I have received I look for school names and addresses and I send them to them
- 11/30/22 Can I call you
- 11/30/22 What time can we talk
- 11/30/22 Will explain everything good
- 11/30/22 I
- 11/30/22 And you will see how quick they will deliver her

- 11/30/22 You work every day right
- 12/3/22 Can you hurry with [MV's] papers
- 12/3/22 See because you are getting in a big problem
- 12/3/22 At the casa hogar (shelter)
- 12/3/22 I don't want her to get deported
- 12/3/22 To Guate (Guatemala)
- 12/3/22 Lend me a hand (slang for help me out)
- Uncle
- 12/3/22 Hello good morning uh why problems

Suspect

- 12/3/22 Because said that there are school mates that fight and want to fight her too
- 12/3/22 And she said that she has nothing to do with it

Uncle

- 12/3/22 I have some problems here too because the lady that rents me has two minors that went through there and I don't know what I'm going to do also they are asking for identification of this persons and they said they are scared for the same
- 12/3/22  Ok

Suspect

- 12/3/22 Tell not to be scared
- 12/3/22 Them
- 12/3/22 To give their identification
- 12/3/22 Only want to be sure they are people
- 12/3/22 That casa hogar (shelter) it's not authority
- 12/3/22 Can I call you
- 12/5/22 You haven't told the casa hogar (shelter) that I am going to go get her

Uncle

- 12/5/22 No yet

Suspect

- 12/5/22 Okay
- 12/5/22 I'm going around for that letter (power of attorney)

Uncle

- 12/5/22 Oh Okay
- 12/5/22 It's Okay

Suspect

- 12/5/22 Do you have  house contract

- 12/5/22 Under your name
- 12/5/22 And a electric bill
- 12/5/22 With those they will give you [MV]
- 12/5/22 You don't need a power of attorney

Uncle

- 12/5/22 No the house contract is under the lady
- 12/5/22 Not mine

Suspect

- 12/6/22 Can you send a picture of your DPI (Personal Identification Document from Guatemala)
- 12/6/22 To make the power of attorney

Uncle

- 12/6/22 Well I won't ask about that
- 12/6/22 I don't know maybe now

Suspect

- 12/6/22 You don't know when they are going to send
- 12/6/22 [MV]
- 12/6/22 Hopefully they would not ask for more papers
- 12/6/22 If they don't ask for the power of attorney would be better

Uncle

- 12/6/22 I don't know possibly Saturday or Friday

Suspect

- 12/6/22 Okay
- 12/6/22 God first
- 12/9/22 Do you have information when they will deliver [MV]
- 12/11/22 Good morning
- 12/11/22 Have they call you from the casa hogar (shelter)

Uncle

- 12/11/22 I called them yesterday
- 12/11/22 But they didn't answer me

Suspect

- 12/11/22 They will call you this week
- 12/14/22 Good morning
- 12/14/22 They call you yesterday from the casa hogar (shelter)

- 12/14/22 And you did not answer the calls
- 12/14/22 Miss Marta told me
- 12/14/22 For you to look for a notary to send your finger prints to the casa hogar (shelter)
- 12/14/22 That's the only requirement left for you
- 12/14/22 To deliver Maby to you

Uncle

- 12/14/22 Eh

Suspect

- 12/14/22 Yes

Uncle

- 12/14/22 I don't have any missed calls from the casa hogar (shelter)
- 12/14/22 I talked with them on Monday

Suspect

- 12/14/22 Okay
- 12/14/22 What told you
- 12/14/22 Them

Uncle

- 12/14/22 mhmm
- 12/14/22 Well they told me that they will look for a place to send my finger prints

Suspect

- 12/14/22 Look for a notary
- 12/14/22 And send them
- 12/14/22 Where they do taxes
- 12/14/22 Ask
- 12/17/22 She said to send Maria's finger prints and documents so they can delivered [MV] to you
- 12/17/22 Lend me a hand (help me out)
- 12/17/22 She said that she is bored there
- 12/21/11 Good night casa hogar (shelter) said they want Maria's finger prints and a picture of her DPI (Personal Identification Document) and they will deliver [MV] this week

Uncle

- 2/3/23 Hello

Suspect

- 2/3/23 Hello good morning

Uncle

- How you doing

Suspect

- 2/3/23 Good
- 2/3/23 You
- 2/3/23 What have you think about [MV]

Uncle

- 2/3/23 Now I'm looking for a house to rent
- 2/3/23 But I don't have enough
- 2/3/23 For the payment

Suspect

- 2/3/23 How much it's the cost

Uncle

- 2/3/23 900 to 800

Suspect

- 2/3/23 How much are you short

Uncle

- 2/3/23 400

Suspect

- 2/3/23 You don't have someone to borrow the money from
- 2/3/23 I will send it to you on Tuesday
- 2/3/23 From here
- 2/3/23 Because I'm getting some money this Saturday from a mechanic job that I did
- 2/3/23 I can get it and send it Tuesday morning

Uncle

- 2/3/23 I will see if I can get it

Suspect

- 2/9/23 What type of jobs can I find there
- 2/9/23 To take
- 2/9/23 My friends that are here with me
- 2/9/23 I can leave this week to go there
- 2/10/23 You don't want to come this way
- 2/10/23 Few months

- 2/10/23 Here there are rentable houses
- 2/10/23 A house with four rooms cost 1100 a month
- 2/10/23  But I can help you here that way its not too expensive
- 2/10/23 I can help you out with everything you want here
- 2/10/23 There is jobs in supermarkets where you can work during the day
- 2/10/23 And there are also warehouses
- 2/10/23 6am to 2 in the afternoon
- 2/10/23 From there in the afternoon you can get a little job in a store
- 2/10/23 Over here rents are cheaper
- 2/10/23 There house with more comfortable prices

Uncle

- 2/10/23 Ronaldo Perez. Wells Fargo
- 2/10/23 Account number
- 2/10/23 [******5117]

Suspect

- 2/10/23 Okay
- 2/12/22 I'm calling [MV] now
- 2/12/23 You don't know when are you getting the house

Uncle

- 2/12/23 The truth I don't know
- 2/12/23 The truth

Suspect

- 2/12/23 Try to get it
- 2/12/23 I know there are house
- 2/12/23 Or look for an apartment with two rooms
- 2/12/23 The thing is that you would not be permanent at the house, its only to get [MV] delivered to you
- 2/12/23 When they deliver her can you go back to where you are renting
- 2/12/23 The money that you spend on the house I will give it back to you because its only for a few days
- 2/12/23 You may only be there for fifteen days until [MV] gets there and cancel the contract with the house owner
- 2/12/23 I know that you can find a house or apartment its just to receive [MV]
- 2/14/23 What can you tell me that's good
- 2/20/23 Good afternoon
- 2/20/23 Have you get the house
- 2/20/23 Lend me a hand (help me out) to receive [MV]
- 2/21/23 I don't want you to get deported
- 2/21/23 I am conscious that we have to pay

- 2/21/23 You
- 2/22/23 How much are you going to pay for the house

Uncle

- 2/22/23 1400
- 2/22/23 For everything

Suspect

- 2/22/23 How much are you short
- 2/22/23 you
- 2/22/23 I will send it this week
- 2/22/23 I just have to finish my job
- 2/22/23 And I will send it

Uncle

- 2/22/23 Well I'm short half of it
- 2/22/23 I'm not working right now so I don't have much

Suspect

- 2/22/23 I will get you part of it here
- 2/22/23 When
- 2/22/23 Would you get the house

Uncle

- 2/22/23 It be ready next week

Suspect

- 2/22/23 I will send you
- 2/22/23 This week
- 2/24/23 Good night
- 2/24/23 Saturday or Sunday I will send the money
- 2/24/23 I dialed you couple of times but it seems that your sell phone is off

Uncle

- 2/24/23 No its always on
- 2/24/23 I don't know what happened
- 2/24/23 Its okay

Suspect

- 3/16/23 I will transfer you 200 to pay for [MV's] flight
- 3/16/23 Send me the route number
- 3/16/23 So I can transfer

- 3/16/23 Cool

Uncle

- 3/16/23 And to help around the house man. I don't have much work man in other words I'm left with nothing right now. For the house rent. Also I already sent it to you.

Suspect

- 3/16/23 Yes
- 3/16/23 Of course
- 3/17/23 It says that a code is missing
- 3/17/23 Because there is various banks
- 3/17/23 I'm going to help you
- 3/17/23 With the rent

Uncle

- 3/17/23 The bank its Wells Fargo

Suspect

- 3/17/23 Where are you located
- 3/17/23 What's the name

Uncle

- 3/17/23 [******5117]
- 3/17/23 Newberry

Suspect

- 3/17/23 Send me your house address
- 3/17/23 Because they are asking for it

Uncle

- 408 James street Newberry sc 29108

Suspect

- 3/17/23 Tomorrow I will send the money for the flight
- 3/17/23 I just now found a bank where you have your account
- 3/17/23 They open tomorrow at nine
- 3/18/23 Image of a money order/cashiers check and a deposit slip. I sent you 200

Uncle

- 3/19/23 Okay. There we are

Suspect

- 3/31/23 Good afternoon
- 3/31/23 Can you send me that address
- 3/31/23 Where you live
- 3/31/23 So I can go get [MV]
- 3/31/23 That's why your brother told me to write you, allegedly they will deliver [MV] tomorrow
- 4/1/23 Have they deliver [MV]to you yet
- 4/1/23 Or what's going on
- 4/1/23 Do you have a problem
- 4/1/23 At least let me know
- 4/1/23 Answer the phone calls from [MV's] mom
- 4/1/23 I have driven twenty hours by my self
- 4/1/23 I don't believe they haven't delivered [MV] yet
- 4/1/23 [MV's] dad made a contract with you
- 4/1/23 If you are working you can also let us know
- 4/1/23 It cost you nothing

Uncle

- 4/1/23 Yes its true
- 4/1/23 But [MV] says she doesn't want to go

Suspect

- 4/1/23 Well she told me
- 4/1/23 That yes
- 4/1/23 Because we talked about it in Guatemala
- 4/1/23 Also I don't want her as a woman
- 4/1/23 The woman I have is a nurse
- 4/1/23 I only want her to work in her own business
- 4/1/23 I helped her to help get her family and her ahead
- 4/1/23 Because in addition I'm about to put the money for her brother to come
- 4/1/23 The reality
- 4/1/23 I like to help people
- 4/1/23 I want to bring her bother
- 4/1/23 Instead of the dad coming here
- 4/1/23 Yes [MV] said that she was going to come here
- 4/1/23 I don't want [MV] to earn by the hour
- 4/1/23 I want her to see what she is going to make in a short time but in her own business
- 4/1/23 Thank God I have the ability to help people I do it from the heart without interest of anything
- 4/1/23 I want that you fulfill your word that you said that you would deliver [MV] to me
- 4/1/23 You know well that I put all the money

- 4/1/23 The only favor I asked was to receive her
- 4/1/23 I want you to think that no one helped [MV] when she was in Guatemala
- 4/1/23 I have received many of them and I keep helping people
- 4/1/23 You know that the contract was made and promised to send her to me

Uncle

- 4/1/23 But no one is saying that your money will be paid

Suspect

- 4/1/23 Haaa

Uncle

- 4/1/23 One this is true I told you I would receive her. But I never said I would send her to you
- 4/1/23 Or yes?

Suspect

- 4/1/23 Then why you didn't help her from the beginning
- 4/1/23 Then
- 4/1/23 Whenever you want to have someone from your family next to you that puts all the money so you can keep her

Uncle

- 4/1/23 [MV] will call you later
- 4/1/23 So yall can talk
- 4/1/23 And see how yall can fix it

Suspect

- 4/1/23 Yes because the truth is that you want me to pay you for receiving her
- 4/1/23 Just put a price
- 4/1/23 And I will transfer the money now
- 4/1/23 Just say how much is it and I will send it to you
- 4/1/23 And I will go get her
- 4/5/23 [MV's] mom
- 4/5/23 Wants to talk to you
- 4/5/23 I came to get [MV]
- 4/5/23 I'm at your house
- 4/5/23 I talked with [MV's] mom

No further texts.