



## Extraction Report - Google Android Full File system

### Searched Items (44)

| # | Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 30-Mar-23 10:12:38(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD1366 (Table: visits, keyword_search_terms; Size: 983040 bytes) | indigenas de guatemala virgen virgenes colegiala estudiantes | | Default | | | | |
| 2 | 22-Mar-23 05:17:03(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD18B8 (Table: visits, keyword_search_terms; Size: 983040 bytes) | sexo por dinero mexicanas jovencitas | | Default | | | | |
| 3 | 16-Mar-23 17:03:47(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD1C99 (Table: visits, keyword_search_terms; Size: 983040 bytes) | Porno de estudiantes | | Default | | | | |
| 4 | 16-Mar-23 16:57:14(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD1E65 (Table: visits, keyword_search_terms; Size: 983040 bytes) | chicas haciendo sexo por primera vez virgenes | | Default | | | | |
| 5 | 16-Mar-23 16:57:01(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD1EA3 (Table: visits, keyword_search_terms; Size: 983040 bytes) | Primera vez estudiantes latina | | Default | | | | |
| 6 | 16-Mar-23 16:56:13(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD1F39 (Table: visits, keyword_search_terms; Size: 983040 bytes) | sexo por primera vez caseros latinas virgen | | Default | | | | |
| 7 | 16-Mar-23 16:52:55(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA58FE (Table: visits, keyword_search_terms; Size: 983040 bytes) | Primera vez estudiantes latina | | Default | | | | |
| 8 | 14-Mar-23 14:15:05(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA5A17 (Table: visits, keyword_search_terms; Size: 983040 bytes) | estudiantes teniendo sexo en la escuela mexicanas | | Default | | | | |
| 9 | 14-Mar-23 14:05:53(UTC+0) | Chrome<br>Source file: R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA5CB1 (Table: visits, keyword_search_terms; Size: 983040 bytes) | desvirgadas ninas adolescentes mexicanas | | Default | | | | |

| # | Date/Time | Source | Search Term | | Profile | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 08-Mar-23 22:14:48(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA5DEB (Table: visits, keyword_search_terms; Size: 983040 bytes) | desvirginador virgen mexicanas jovenes | | Default | | | | |
| 11 | 03-Mar-23 14:30:56(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9F35B (Table: visits, keyword_search_terms; Size: 983040 bytes) | follando por primera vez latinas virgenes videos | | Default | | | | |
| 12 | 03-Mar-23 14:28:33(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9F410 (Table: visits, keyword_search_terms; Size: 983040 bytes) | sexo por primera vez caseros latinas virgen | | Default | | | | |
| 13 | 02-Mar-23 18:29:08(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x897D4 (Table: visits, keyword_search_terms; Size: 983040 bytes) | primera ves virgen xxx indigenas | | Default | | | | |
| 14 | 20-Feb-23 23:29:01(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x89C97 (Table: visits, keyword_search_terms; Size: 983040 bytes) | Primera vez morrita jovensitas espanol | | Default | | | | |
| 15 | 20-Feb-23 23:24:26(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x89E06 (Table: visits, keyword_search_terms; Size: 983040 bytes) | primera vez real casero morrita virgen | | Default | | | | |
| 16 | 18-Feb-23 22:43:46(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xAB383 (Table: visits, keyword_search_terms; Size: 983040 bytes) | primera vez real casero morrita escuela | | Default | | | | |
| 17 | 18-Feb-23 22:32:18(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xAB8CC (Table: visits, keyword_search_terms; Size: 983040 bytes) | sexo por primera vez latina virgen | | Default | | | | |
| 18 | 16-Feb-23 14:58:59(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xABBA7 (Table: visits, keyword_search_terms; Size: 983040 bytes) | chicas haciendo sexo por primera vez mexicana | | Default | | | | |
| 19 | 16-Feb-23 14:55:04(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xABD73 (Table: visits, keyword_search_terms; Size: 983040 bytes) | cojiendo por primera vez mexicanas estudiantes virgen | | Default | | | | |
| 20 | 15-Feb-23 06:17:39(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xC22A0 (Table: visits, keyword_search_terms; Size: 983040 bytes) | MI PRIMERA VEZ sexo estudiantes mexicanas | | Default | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | 15-Feb-23 05:51:52(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xC2864 (Table: visits, keyword_search_terms; Size: 983040 bytes) | Primera vez mexicanas virgen sangrando | | Default | | | |
| 22 | 12-Feb-23 12:46:59(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xC2BC5 (Table: visits, keyword_search_terms; Size: 983040 bytes) | chicas virgenes mexicanas estudiantes | | Default | | | |
| 23 | 12-Feb-23 12:45:13(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xC2CBB (Table: visits, keyword_search_terms; Size: 983040 bytes) | cojiendo por primera vez mexicanas estudiantes virgen | | Default | | | |
| 24 | 12-Feb-23 12:41:19(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xC2DB0 (Table: visits, keyword_search_terms; Size: 983040 bytes) | Primera vez estudiantes defloration mexicana | | Default | | | |
| 25 | 11-Feb-23 07:07:49(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4B1D7 (Table: visits, keyword_search_terms; Size: 983040 bytes) | cojiendo por primera vez mexicanas estudiantes virgen | | Default | | | |
| 26 | 11-Feb-23 07:02:33(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4B3DC (Table: visits, keyword_search_terms; Size: 983040 bytes) | estudiantes teniendo sexo en la escuela mexicanas | | Default | | | |
| 27 | 11-Feb-23 06:52:35(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4B622 (Table: visits, keyword_search_terms; Size: 983040 bytes) | estudiantes teniendo sexo en la escuela mexicanas | | Default | | | |
| 28 | 10-Feb-23 15:19:12(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4B81B (Table: visits, keyword_search_terms; Size: 983040 bytes) | follando por primera vez colegiala mexicana | | Default | | | |
| 29 | 31-Jan-23 06:23:50(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4A199 (Table: visits, keyword_search_terms; Size: 983040 bytes) | torbe y jovenes de 18 años pilladas parejitas | | Default | | | |
| 30 | 31-Jan-23 06:10:57(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4A56A (Table: visits, keyword_search_terms; Size: 983040 bytes) | torbe y jovenes de 18 años pilladas | | Default | | | |
| 31 | 31-Jan-23 06:10:37(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4A5E4 (Table: visits, keyword_search_terms; Size: 983040 bytes) | chica joven colegio porno torbe locura | | Default | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | 31-Jan-23 06:06:57(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4A73A (Table: visits, keyword_search_terms; Size: 983040 bytes) | Piedras roms jovenes | | Default | | | |
| 33 | 31-Jan-23 05:49:28(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4ABB7 (Table: visits, keyword_search_terms; Size: 983040 bytes) | desvirga joven puta torbe | | Default | | | |
| 34 | 25-Jan-23 05:03:31(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD61D1 (Table: visits, keyword_search_terms; Size: 983040 bytes) | con mi prima virgen espanol disfras sexo | | Default | | | |
| 35 | 25-Jan-23 04:57:34(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD62C6 (Table: visits, keyword_search_terms; Size: 983040 bytes) | Desvirgando a mi prima virgen | | Default | | | |
| 36 | 11-Jan-23 16:22:09(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD6E9B (Table: visits, keyword_search_terms; Size: 983040 bytes) | chicas perdiendo su virginidad | | Default | | | |
| 37 | 11-Jan-23 05:52:08(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD05D8 (Table: visits, keyword_search_terms; Size: 983040 bytes) | perdiendo virginidad indigenas indigena peruanos peruanas | | Default | | | |
| 38 | 09-Jan-23 04:27:21(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xD085D (Table: visits, keyword_search_terms; Size: 983040 bytes) | jovenes teniendo sexo por primera vez | | Default | | | |
| 39 | 09-Jan-23 02:27:03(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x31CB6 (Table: visits, keyword_search_terms; Size: 983040 bytes) | sexo por primera vez latina virgen | | Default | | | |
| 40 | 09-Jan-23 02:26:47(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x31CD4 (Table: visits, keyword_search_terms; Size: 983040 bytes) | sexo por primera vez caseros latinas virgen | | Default | | | |
| 41 | 06-Jan-23 05:19:18(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x31EFA (Table: visits, keyword_search_terms; Size: 983040 bytes) | mexicanas indigenas virgenes sexo | | Default | | | |
| 42 | 06-Jan-23 05:15:31(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x31552 (Table: visits, keyword_search_terms; Size: 983040 bytes) | primera ves virgen xxx indigenas | | Default | | | |

| 43 | 05-Jan-23 06:48:39(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x31603 (Table: visits, keyword_search_terms; Size: 983040 bytes) | restauracion mexicanas estudiantes chavita | | Default | | | |
|---|---|---|---|---|---|---|---|---|
| 44 | 05-Jan-23 05:40:00(UTC+0) | Chrome **Source file:** R9WT40KWG9M_files_full.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x318C3 (Table: visits, keyword_search_terms; Size: 983040 bytes) | desvirgando mexicanas estudiantes mexico colegiala | | Default | | | |